# EXHIBIT "B"

**Scott Fegley**

| | |
|---|---|
| From: | Scott Fegley |
| Sent: | Monday, September 09, 2019 2:01 PM |
| To: | Paul Silverberg - www.pkslegal.com |
| Subject: | Weinberger v ESI |
| Attachments: | 2011 Contract signed.pdf |

Dear Mr. Silverberg:

In response to Section II of your Motion to Dismiss based on the Statute of Frauds, please see the attached .pdf file containing the fully executed agreement. For some reason, Mr. Azoulay's signature in red and date do not print out. There is also an email from Mr. Azoulay to Mr. Weinberger dated May 28, 2011 attaching the .pdf file and referencing "signed agreement."

Scott Fegley

*The Fegley Law Firm*
*301 Oxford Valley Road*
*Suite 402 A*
*Yardley, PA 19067*

*For Business, Employment, and Personal Injury,*
*We Give You Peace of Mind*

*(215) 493-8287*
*http://www.fegleylaw.com/*
*facebook.com/fegleylaw*
*linkedin.com/in/scottfegleyesq*
*twitter.com/fegleylaw*





Please consider the environment before printing.

1