IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK WEINBERGER<br><br>    Plaintiff<br><br>v.<br><br>ESI CASES AND ACCESSORIES, INC.,<br><br>    and<br><br>ELLIOT AZOULAY<br><br>    Defendants | Civil Action No. 19-13988 |

## NOTICE OF MOTION TO ENFORCE A SETTLEMENT AGREEMENT

Plaintiff hereby moves for a court order enforcing a settlement agreement reached between plaintiff and defendants on September 23, 2019.

Respectfully Submitted,

  Scott I. Fegley /s/   SIF1933
Scott I. Fegley, Esq.
NJ Attorney I.D. No. 020871987
420 Sandalwood Avenue
Hamilton Square, NJ 08619
(609) 587-2696
Scott@FegleyLaw.com
(215) 493-8287
Attorney for Plaintiff

DATE: September 25, 2019