# EXHIBIT "A"



Good morning. Mark Please send by year
Dollar amount of each bonus check paid to you and date

Elliot as I am represented by counsel and since this has to do with the bonus dispute, you should communicate only through him. Thank you.



Today 3:34 PM

Mark I did not hear back from you do you not want to resolve this together as we know each other so long ?

  

## Scott Fegley

**From:** Scott Fegley
**Sent:** Thursday, July 25, 2019 1:39 PM
**To:** Englander, Jeffrey P.
**Subject:** Weinberger v. ESI

Dear Mr. Englander,

    I was very dismayed to learn that Mr. Azoulay called Mr. Weinberger today and wanted to talk about a settlement "without getting the attorneys involved." While Mr. Weinberger is, of course, happy to discuss a settlement, proper channels of communication must be observed. We want a complete accounting of all commissions for Kevin Rodgers and all sales people hired by ESI after May 28, 2011. I am sure Mr. Azoulay could have accomplished that by now and, if he hasn't, it shouldn't take very long to acquire the information. If you would like to provide me the information and then delay your answer to the complaint while we discuss, I am also amenable to that. However, we will not discuss a settlement without the commissions accounting and, in the interim, please ask your client to refrain from discussing or attempting to discuss the lawsuit with Mr. Weinberger.

    Thank you.

                                                                      Scott Fegley

*The Fegley Law Firm*
*301 Oxford Valley Road*
*Suite 402 A*
*Yardley, PA  19067*

*For Business, Employment, and Personal Injury,*
*We Give You Peace of Mind*

*(215) 493-8287*
*http://www.fegleylaw.com/*
*facebook.com/fegleylaw*
*linkedin.com/in/scottfegleyesq*
*twitter.com/fegleylaw*






Please consider the environment before printing.

1



## Scott Fegley

**From:** Scott Fegley
**Sent:** Thursday, September 12, 2019 3:00 PM
**To:** Paul Silverberg - www.pkslegal.com
**Subject:** Weinberger v ESI

Mr. Silverberg,

    Your client, Mr. Azoulay, has a bad habit of violating the rule regarding ex parte conduct with parties in litigation. My client forwarded me a text from Mr. Azoulay in which he solicited documents directly relevant to the litigation. Any requests for documents must come from you through a formal request in accordance with the Federal Rules of Civil Procedure.

    If there are any further attempts at ex parte contact, I will inform the Court of Mr. Azoulay's actions.

                                    Scott Fegley

*The Fegley Law Firm*
*301 Oxford Valley Road*
*Suite 402 A*
*Yardley, PA  19067*

*For Business, Employment, and Personal Injury,*
*We Give You Peace of Mind*

*(215) 493-8287*
*http://www.fegleylaw.com/*
*facebook.com/fegleylaw*
*linkedin.com/in/scottfegleyesq*
*twitter.com/fegleylaw*




Please consider the environment before printing.

1

Confidential

Do you still want to see if we can settle this me you pull the numbers with Maria and we calculate sales thi way you have the really number