# EXHIBIT "A"

**Scott Fegley**

---

| | |
|---|---|
| **From:** | Paul Silverberg - www.pkslegal.com <psilverberg@pkslegal.com> |
| **Sent:** | Thursday, September 26, 2019 4:54 PM |
| **To:** | Scott Fegley |
| **Subject:** | Weinberger v ESI |
| **Attachments:** | Settlement Agreement 9-26-19.docx |

In the interest of getting this settlement actually done, I am going to refrain from comment on your filings. Attached is a settlement agreement draft for your review and comments.

Regards,

**PAUL K. SILVERBERG, ESQ.**

SILVERBERG & WEISS, PA
1290 WESTON ROAD, SUITE 218 - WESTON, FLORIDA 33326
954.384.0998 - MAIN | 305.280.0095 - MIAMI | 561.651.0998 - BOCA RATON | 813.803.0998 - TAMPA
954.384.5390 - FAX | 813.200.1005 - FAX | 239.580.5390 - FAX
EMAIL: psilverberg@pkslegal.com | WEB: www.pkslegal.com

SILVERBERG & WEISS
ATTORNEYS AT LAW

**ATTENTION:** *The information contained in this E-mail message is privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Any tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any matters addressed herein.*