# EXHIBIT "C"

## Scott Fegley

| | |
|---|---|
| **From:** | Scott Fegley |
| **Sent:** | Tuesday, October 01, 2019 11:38 AM |
| **To:** | Paul Silverberg - www.pkslegal.com |
| **Subject:** | Weinberger v ESI |
| **Attachments:** | Settlement Agreement 9-26-19.docx; Settlement Agreement Blackline Rev 10 1 19.docx |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Silverberg:

I met with Mark this morning and have attached both a redlined and blackline version of a final settlement agreement and release he has approved. If Mr. Azoulay approves without any further revisions, please have him sign and send me a copy and I will send you a copy with Mark's signature. I will also notify the Court and withdraw the motion. I will file a stipulation of dismissal within ten days of receipt of the checks (although the court may administratively dismiss itself before then).

Mark asked me to raise two additional questions separate from the Settlement Agreement and Release:

1. With regard to the ESOP, Mark is willing to discount his vested account value by ten percent (10%) if he is able to roll over his ESOP account into another investment vehicle of his choosing at this time. Of course, he would like to see a statement reflecting the current value of his ESOP account in connection with a roll-over.
2. Mark would also like to send a written communication to all the ESI employees as a farewell. He is, of course, willing to allow Mr. Azoulay to review and approve of the communication prior to sending.

I look forward to hearing from you promptly.

Scott Fegley

*The Fegley Law Firm*
*301 Oxford Valley Road*
*Suite 402 A*
*Yardley, PA 19067*

*For Business, Employment, and Personal Injury,*
*We Give You Peace of Mind*

*(215) 493-8287*
*http://www.fegleylaw.com/*
*facebook.com/fegleylaw*
*linkedin.com/in/scottfegleyesq*
*twitter.com/fegleylaw*