UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

CASE NO. 19-CV-13988-KM-MAH

MARK WEINBERGER,

Plaintiff,

VS.

ESI CASES AND ACCESSORIES, INC.
and ELLIOT AZOULAY,

Defendants.

_____________________________________________/

**NOTICE OF FILING AFFIDAVIT OF ELLIOT AZOULAY**
**FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Defendant, ELLIOT AZOULAY, by and through his undersigned counsel, hereby gives Notice of Filing his Affidavit in Support of Defendants' Opposition to Plaintiff's Motion to Enforce Settlement Agreement, in connection with the above captioned action.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via EC/CMF on this 13th day of January, 2020.

*Respectfully submitted,*

SILVERBERG & WEISS, P.A.
*Attorneys for Defendants*
1290 Weston Road, Suite 218
Weston, Florida 33326
Telephone: (954) 384-0998
Facsimile: (954) 384-5390
notices@pkslegal.com

By: *s/Michael V. Miller*
Michael V. Miller
NJ Bar No. 00057-2009