UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

CASE NO. 19-CV-13988-KM-MAH

MARK WEINBERGER,

Plaintiff,

VS.

ESI CASES AND ACCESSORIES, INC. and
ELLIOT AZOULAY,

Defendants.

______________________________________/

BEFORE ME, the undersigned authority, personally appeared Elliot Azoulay, who, after being duly sworn, deposes and says:

1. I, Elliot Azoulay, am over the age of 18, have personal knowledge of the statements contained herein and am authorized to make this Affidavit.

2. I have reviewed the Plaintiff's Motion to Enforce Settlement Agreement and the Defendants' Opposition to Motion to Enforce Settlement Agreement.

3. It was never my intent that the phone call or text messages between the Plaintiff and myself would create a binding settlement agreement, but a starting point for negotiating a deal. As stated in the text messages, I requested a proposed written settlement agreement to see what other material terms Plaintiff wanted and place terms that we desired for a deal. There was significant issues from the confidentiality, release exceptions, fact that he never asked for the money, return of company information at end of employment and disclosures as an employee. The draft was never received.

4. As shown in the text messages, when Plaintiff would not provide a draft written agreement directly with proposed material settlement terms, I withdrew any proposed settlement terms as it not yet a deal (or accepted).

5. Additionally, as Exhibit "C" of the Motion to Enforce Settlement Agreement makes clear, Plaintiff was still in possession of confidential company property, including his cell phone (with business records and content) and laptop. There could be no enforceable settlement until Plaintiff complied with his confidentiality agreement with ESI.

6. Plaintiff is a high level executive with ESI that has access to confidential information and trade secrets. There were numerous material terms that had to be memorialized in writing other than the settlement amount for a resolution to the litigation to occur. Plaintiff and I never had the opportunity to agree on a settlement prior to filing of the Motion to Enforce.

FURTHER AFFIANT SAYETH NAUGHT.

By: ______________________
Name: Elliot Azoulay

Sworn to or affirmed and signed before me by Elliot Azoulay, on this 13 day of January 2020 and who provided 1/13/2020 as identification or is personally known to me.

Printed Name ______________
Notary Public, State of ________
Commission Number:

Notary Public State of Florida
Paul K Silverberg
My Commission GG 159498
Expires 11/13/2021