MAKEFIELD EXECUTIVE QUARTERS
SUITE 402A
301 OXFORD VALLEY ROAD
YARDLEY, PA 19067
215-493-8287 · FAX 215-493-1567
www.fegleylaw.com

420 SANDALWOOD AVENUE
HAMILTON SQUARE, NJ 08619
609-587-2696
*Please reply to the Yardley office*

THE FEGLEY LAW FIRM
BUSINESS · EMPLOYMENT · PERSONAL INJURY

January 14, 2020

**VIA ELECTRONIC FILING**

The Honorable Kevin McNulty
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Mark Weinberger v ESI Cases and Accessories, Inc., et al
Civil Action No. 19-13988

Dear Judge McNulty:

As you know, the plaintiff, Mark Weinberger, presently has a motion pending to enforce a settlement agreement with the defendants. The matter was originally scheduled for a telephone conference on January 17, 2020, at 11:30 a.m. and was rescheduled by the Court to January 22, 2020 at 1:00 p.m.

My client will be traveling on January 22, 2020, and would like to be present on the telephone conference. Please advise to whom I may provide his confidential cell phone number so he may listen to the proceeding.

Thank you for your assistance.

Sincerely,

SCOTT I. FEGLEY

Enclosure
cc: Mark Weinberger (via email only)
Paul K. Silverberg, Esq. (via email only)