**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARK WEINBERGER,** | **Civil Action No. 19-13988 (KM) (MAH)** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **ESI CASES AND ACCESSORIES, INC., and ELLIOT AZOULAY,** | |
| **Defendants.** | |

This matter having come before the Court by way of a telephone conference held on the record on January 22, 2020 to discuss the status of the parties' attempts to settle this litigation;

and for the reasons set forth on the record and for good cause shown;

**IT IS ON THIS 22nd day of January 2020,**

**ORDERED** that the parties are to continue their efforts to resolve the remaining issues surrounding Paragraphs Two and Thirteen of the draft Settlement Agreement and Mutual Release [D.E. 21-1]; and it is further

**ORDERED** that, on or before **January 31, 2020**, the parties shall submit a joint status letter regarding the status of their negotiations and the need for a settlement conference and/or a scheduling conference pursuant to Federal Rule of Civil Procedure 16; and it is further

**ORDERED** that Defendants' Motion to Dismiss [D.E. 3] and Plaintiff's Motion to Enforce Settlement Agreement [D.E. 6] shall be terminated by the Clerk's Office without prejudice to either party refiling their respective Motion at a later date upon obtaining leave from Court.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**