MAKEFIELD EXECUTIVE QUARTERS
SUITE 402A
301 OXFORD VALLEY ROAD
YARDLEY, PA 19067
215-493-8287 · FAX 215-493-1567
www.fegleylaw.com

420 SANDALWOOD AVENUE
HAMILTON SQUARE, NJ 08619
609-587-2696
*Please reply to the Yardley office*

THE FEGLEY LAW FIRM
BUSINESS · EMPLOYMENT · PERSONAL INJURY

March 2, 2020

**VIA ELECTRONIC FILING**

Hon. Michael A. Hammer
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Mark Weinberger v ESI Cases and Accessories, Inc., et al
Civil Action No. 19-13988

Dear Judge Hammer:

I am pleased to inform you that the parties have resolved their differences regarding the language of the settlement agreement and the agreement has been signed. A stipulation of dismissal will be filed upon receipt and clearance of the settlement funds.

Sincerely,

SCOTT I. FEGLEY

cc: Mark Weinberger (via email only)
Paul K. Silverberg, Esq. (via email only)