MAKEFIELD EXECUTIVE QUARTERS
SUITE 402A
301 OXFORD VALLEY ROAD
YARDLEY, PA 19067
215-493-8287 · FAX 215-493-1567
www.fegleylaw.com

420 SANDALWOOD AVENUE
HAMILTON SQUARE, NJ 08619
609-587-2696
*Please reply to the Yardley office*

THE FEGLEY LAW FIRM
BUSINESS · EMPLOYMENT · PERSONAL INJURY

April 9, 2020

**VIA ELECTRONIC FILING**

Magistrate Judge Michael A. Hammer
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Weinberger v. ESI Cases and Accessories, Inc., et al
Civil Action No. 19-13988

Dear Judge Hammer:

Please be advised the parties settled the above-referenced matter, and the case may be dismissed. Thank you for your assistance in achieving this settlement.

Sincerely,

SCOTT I. FEGLEY

Cc: Mark Weinberger (via email only)
Paul K. Silverberg, Esq. (via email only)